UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
TENEYCK, JANE M.

Case No.: 18-28984  
Chapter: 7  
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clarkson S. Fisher US Courthouse  
402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on December 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real Estate at: 68 CARLTON AVENUE, WASHINGTON, NJ  
The debtor(s) purchased the property in 2006 for $275,000. The property is valued at $197,800 based upon a Comparative Market Analysis.

Liens on property:

QUICKEN LOAN, INC. - $226,025

Amount of equity claimed as exempt:

$1,369.91

Objections must be served on, and requests for additional information directed to:

Name:       /s/Thomas J. Orr, Trustee  
Address:    321 High Street, Burlington, NJ 08016  
Phone number: (609)386-8700

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                    Case No. 18-28984-MBK
Jane M. TenEyck                                           Chapter 7
       Debtor
                          CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1         Date Rcvd: Nov 19, 2018
                             Form ID: pdf905          Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204
517773822       AES,   Graduate Loan,    Payment Processing Center,    Harrisburg, PA 17130-0001
517773823      +Capital One Bank / Quicksilver One,     PO Box 71087,    Charlotte, NC 28272-1087
517773824      +Citi,   Box 6500,   Sioux Falls, SD 57117-6500
517773825      +Loan Depot,    Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
517773828      +Quicken Loans Inc,    PO Box 6577,   Carol Stream, IL 60197-6577
517773830       Wells Fargo Bank, NA,    PO Box 14529,    Des Moines, IA 50306-3529
517773831       Wells Fargo Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2018 01:14:01      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2018 01:13:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517773827       E-mail/Text: bankruptcyteam@quickenloans.com Nov 20 2018 01:14:20      Quicken Loan, Inc,
                 20555 Victor Pkwy,    Livonia, MI 48152-7031
517773829       E-mail/Text: vci.bkcy@vwcredit.com Nov 20 2018 01:14:08      VW Credit,   PO Box 3,
                 Hillsboro, OR 97123
                                                                                              TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773826       partner
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
         Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
         Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
         Thomas   Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
         Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```