**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−28984−MBK | **DATE FILED::** 9/25/18 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Jane M. TenEyck<br>xxx−xx−5889 | ADDRESS OF DEBTOR(S):<br><br>68 Carlton Avenue<br>Washington, NJ 07882 |
| DEBTOR'S ATTORNEY:<br>Joan Sirkis Warren<br>Lavery & Sirkis<br>699 Washington St<br>Suite 103<br>Hackettstown, NJ 07840<br><br>908−850−6161 | TRUSTEE:<br>Thomas Orr<br>Law Office of Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016−4496<br>(609) 386−8700 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

3/18/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: December 19, 2018                                   FOR THE COURT
                                                            Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28984-MBK
Jane M. TenEyck                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 19, 2018
                              Form ID: noa             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db         +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204
cr         +VW Credit, Inc.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
517773822   AES,   Graduate Loan,    Payment Processing Center,    Harrisburg, PA 17130-0001
517773823  +Capital One Bank / Quicksilver One,    PO Box 71087,    Charlotte, NC 28272-1087
517773825  +Loan Depot,   Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
517773828  +Quicken Loans Inc,    PO Box 6577,   Carol Stream, IL 60197-6577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QTJORR.COM Dec 20 2018 04:43:00      Thomas Orr,    Law Office of Thomas J. Orr,
             321 High Street,    Burlington, NJ 08016-4411
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517773824  +EDI: CITICORP.COM Dec 20 2018 04:43:00      Citi,    Box 6500,   Sioux Falls, SD 57117-6500
517773827   E-mail/Text: bankruptcyteam@quickenloans.com Dec 20 2018 00:24:20      Quicken Loan, Inc,
             20555 Victor Pkwy,    Livonia, MI 48152-7031
517773829   E-mail/Text: vci.bkcy@vwcredit.com Dec 20 2018 00:24:09      VW Credit,    PO Box 3,
             Hillsboro, OR 97123
517773830   EDI: WFFC.COM Dec 20 2018 04:48:00      Wells Fargo Bank, NA,    PO Box 14529,
             Des Moines, IA 50306-3529
517773831   EDI: WFFC.COM Dec 20 2018 04:48:00      Wells Fargo Mortgage,    PO Box 14411,
             Des Moines, IA 50306-3411
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773826      partner
aty*          +Thomas Orr,    Law Office of Thomas J. Orr,    321 High Street,    Burlington, NJ 08016-4411
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas Orr    tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5