Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28984−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane M. TenEyck
   68 Carlton Avenue
   Washington, NJ 07882

Social Security No.:
   xxx−xx−5889

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on February 22, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 23
Order Granting Application to Employ Professional Sharer, Petree, Brotz and Snyder as Accountant (Related Doc # 23). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/22/2019. (kmf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 22, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-28984-MBK
Jane M. TenEyck                                                 Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Feb 22, 2019
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
acc           +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
               Voorhees, NJ 08043-4376

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas  Orr     tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas  Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com, Torr@ecf.epiqsystems.com
              Thomas J Orr    on behalf of Trustee Thomas  Orr tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7