| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | Order Filed on March 22, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>**TENEYCK, JANE** | Case No.: **18-28984**<br><br>Chapter 7<br><br>Hearing Date: **3/21/19 @ 2:00PM**<br><br>Judge: MBK |

### ORDER AWARDING FINAL COMPENSATION AND EXPENSES
### FOR THE ACCOUNTANT TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: March 22, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor: **TENEYCK, JANE**

Case No.:   18-28984

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

<u>APPLICANT</u>

Sharer Petree Brotz & Snyder

| | |
|---|---|
| FEES: | $1,866.00 |
| EXPENSES | $    14.65 |
| TOTAL: | $1,880.65 |

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-28984-MBK
Jane M. TenEyck                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Mar 22, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
db             +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant     Sharer, Petree, Brotz and Snyder
               CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com, Torr@ecf.axofs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axofs.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8