Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 18−28984−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane M. TenEyck
   68 Carlton Avenue
   Washington, NJ 07882

Social Security No.:
   xxx−xx−5889

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      1/16/20
Time:     02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Sharer, Petree, Brotz and Snyder, Accountant

COMMISSION OR FEES
FEES $1,380.00

EXPENSES
$14.25

If this is a chapter 13 case, the fees and expenses awarded:

    ☐   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 9, 2019
JAN:

    Jeanne Naughton
    Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                                Case No. 18-28984-KCF
Jane M. TenEyck                                                       Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 1          Date Rcvd: Dec 09, 2019
                             Form ID: 137             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db             +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204
acc            +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
                 Voorhees, NJ 08043-4376
cr             +VW Credit, Inc.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
517773822       AES,   Graduate Loan,    Payment Processing Center,   Harrisburg, PA 17130-0001
517773823      +Capital One Bank / Quicksilver One,    PO Box 71087,    Charlotte, NC 28272-1087
517773824      +Citi,   Box 6500,   Sioux Falls, SD 57117-6500
518102430      +Citibank, N.A.,    Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
517773825      +Loan Depot,    Payment Processing Center,   PO Box 11733,    Newark, NJ 07101-4733
518049235      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517773828      +Quicken Loans Inc,    PO Box 6577,   Carol Stream, IL 60197-6577
517773830       Wells Fargo Bank, NA,    PO Box 14529,   Des Moines, IA 50306-3529
517773831       Wells Fargo Mortgage,    PO Box 14411,   Des Moines, IA 50306-3411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 00:01:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 00:01:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517965310       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 09 2019 23:56:49
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
517773827       E-mail/Text: bankruptcyteam@quickenloans.com Dec 10 2019 00:01:36     Quicken Loan, Inc,
                 20555 Victor Pkwy,    Livonia, MI 48152-7031
517773829       E-mail/Text: vci.bkcy@vwcredit.com Dec 10 2019 00:01:17     VW Credit,   PO Box 3,
                 Hillsboro, OR 97123
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773826        partner
                                                                                 TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
               CShapiro@SharerPBS.com,   BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas  Orr    tom@torrlaw.com,   Torr@ecf.axosfs.com
              Thomas  Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,   Torr@ecf.axosfs.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```