| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>BARRY R. SHARER, CPA<br>Sharer Petree Brotz & Snyder<br>1103 Laurel Oak Road<br>Suite 105B<br>Voorhees, NJ 08043<br>(856)435-3200<br>Accountant for the Chapter 7 Trustee | **Order Filed on January 17, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
|---|---|
| In Re:<br><br>**TENEYCK, JANE M.** | Case No.: **18-28984**<br><br>Chapter 7<br><br>Hearing Date: **01/16/20 @ 2:30PM**<br><br>Judge: KCF |

**ORDER AWARDING SUPPLEMENTAL FINAL COMPENSATION AND EXPENSES
FOR THE ACCOUNTANT TO THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is Hereby **ORDERED**.

**DATED: January 17, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)
Debtor: **TENEYCK, JANE M.**

Case No.:   18-28984/KCF

Caption of Order: Order Approving Fees and Expenses for the Accountant for the Chapter 7 Trustee

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is

**ORDERED**, that compensation and expenses are allowed as follows:

APPLICANT

Sharer Petree Brotz & Snyder

FEES:            $1,380.00

EXPENSES     $    14.25

TOTAL:         $1,394.25

United States Bankruptcy Court
District of New Jersey

In re:  
Jane M. TenEyck  
    Debtor

Case No. 18-28984-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Jan 17, 2020 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
db              +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
        Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
         CShapiro@SharerPBS.com,  BSharer@SharerPBS.com;nj83@ecfcbis.com
        Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
        Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
        Thomas   Orr    tom@torrlaw.com, Torr@ecf.axosfs.com
        Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com, Torr@ecf.axosfs.com
        Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
         xerna@aol.com;orrtr87054@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8