Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–28984–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane M. TenEyck
   68 Carlton Avenue
   Washington, NJ 07882

Social Security No.:
   xxx–xx–5889

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       5/28/20
Time:       02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas Orr, Trustee's Attorney

COMMISSION OR FEES
$2,047.50

EXPENSES
$25.78

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 2, 2020
JAN:

                                                         Jeanne Naughton
                                                         Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                             Case No. 18-28984-KCF
Jane M. TenEyck                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1           Date Rcvd: Apr 02, 2020
                              Form ID: 137            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
```
db             +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204
acc            +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
                 Voorhees, NJ 08043-4376
cr             +VW Credit, Inc.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
517773822       AES,   Graduate Loan,    Payment Processing Center,    Harrisburg, PA 17130-0001
517773823      +Capital One Bank / Quicksilver One,     PO Box 71087,    Charlotte, NC 28272-1087
517773824      +Citi,   Box 6500,    Sioux Falls, SD 57117-6500
518102430      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517773825      +Loan Depot,   Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
518049235      +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517773828      +Quicken Loans Inc,    PO Box 6577,    Carol Stream, IL 60197-6577
517773830       Wells Fargo Bank, NA,    PO Box 14529,    Des Moines, IA 50306-3529
517773831       Wells Fargo Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517965310       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 02:52:56
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517773827       E-mail/Text: bankruptcyteam@quickenloans.com Apr 03 2020 02:49:34     Quicken Loan, Inc,
                 20555 Victor Pkwy,    Livonia, MI 48152-7031
517773829       E-mail/Text: vci.bkcy@vwcredit.com Apr 03 2020 02:49:26     VW Credit,    PO Box 3,
                 Hillsboro, OR 97123
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773826       partner
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
```
              Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
               CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Thomas   Orr    tom@torrlaw.com,    Torr@ecf.axosfs.com
              Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
              Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
               xerna@aol.com;orrtr87054@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```