Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−28984−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jane M. TenEyck
   68 Carlton Avenue
   Washington, NJ 07882

Social Security No.:
   xxx−xx−5889

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:        June 11, 2020
TIME:        02:30 PM
LOCATION:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:         $72,130.65
TOTAL DISBURSEMENTS:    $11,825.36
BALANCE ON HAND:        $60,305.29

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Thomas J. Orr, Trustee

COMMISSION OR FEES
$6,266.71

EXPENSES
$45.80

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: May 1, 2020
JAN: mjb

                                                Jeanne Naughton
                                                Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 18-28984-KCF
Jane M. TenEyck                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: May 01, 2020
                              Form ID: 192             Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
db             +Jane M. TenEyck,    68 Carlton Avenue,    Washington, NJ 07882-1204
acc            +Sharer, Petree, Brotz and Snyder,    1103 Laurel Oak Road,    Suite 105B,
                 Voorhees, NJ 08043-4376
cr             +VW Credit, Inc.,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
517773822       AES,   Graduate Loan,    Payment Processing Center,    Harrisburg, PA 17130-0001
517773823      +Capital One Bank / Quicksilver One,     PO Box 71087,    Charlotte, NC 28272-1087
517773824      +Citi,   Box 6500,    Sioux Falls, SD 57117-6500
518102430      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517773825      +Loan Depot,    Payment Processing Center,    PO Box 11733,    Newark, NJ 07101-4733
518049235      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
517773828      +Quicken Loans Inc,    PO Box 6577,    Carol Stream, IL 60197-6577
517773830       Wells Fargo Bank, NA,    PO Box 14529,    Des Moines, IA 50306-3529
517773831       Wells Fargo Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 02 2020 00:34:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 02 2020 00:34:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517965310       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2020 00:39:51
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517773827       E-mail/Text: bankruptcyteam@quickenloans.com May 02 2020 00:34:35      Quicken Loan, Inc,
                 20555 Victor Pkwy,    Livonia, MI 48152-7031
517773829       E-mail/Text: vci.bkcy@vwcredit.com May 02 2020 00:34:23      VW Credit,    PO Box 3,
                 Hillsboro, OR 97123
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517773826       partner
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
          Barry R. Sharer    on behalf of Accountant    Sharer, Petree, Brotz and Snyder
           CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joan Sirkis Warren    on behalf of Debtor Jane M. TenEyck joan@joanlaverylaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          Thomas   Orr    tom@torrlaw.com,    Torr@ecf.axosfs.com
          Thomas   Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.axosfs.com
          Thomas J Orr    on behalf of Trustee Thomas   Orr tom@torrlaw.com,
           xerna@aol.com;orrtr87054@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```