UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Trustee

Order Filed on June 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

TENEYCK, JANE M.

| | |
|---|---|
| Case No.: | 18-28984 |
| Hearing Date: | June 11, 2020 |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

# ORDER OF COMPENSATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Thomas J. Orr, Trustee | $6,266.71 | $45.80 |

*rev. 08/01/15*